Eacker for plaintiff.
Walton for the defendant.

## Cole and another *ads*. Stafford.

IN this cafe a plea was fent by the mail, and the attorney for defendant fwore that he believed it was received by the attorney for the plaintiff, who

notwithſtanding entered judgment for want of a plea : and now

*Riker* for the defendant moved to ſet the judgment aſide for irregularity.

*Wortman contra.*

*Per Curiam.* As affidavit has been made on the part of the defendant that the plea was ſent by mail, and that it is believed it was received ; and as the plaintiff's attorney, after receiving a copy of this affidavit, though he makes a counter affidavit ſeveral days afterwards, does not deny the reception of the plea, the Court will intend that he did receive it.

Let the judgment be ſet aſide, and on payment of coſts by the plaintiff's attorney himſelf.